# EIGHTH CIRCUIT COURT OF APPEALS

# ORAL ARGUMENT RESPONSE FORM

The Clerk's Office has sent you the calendar for an upcoming court session. Counsel who present oral argument to the Court must acknowledge receipt of the calendar by completing this form and electronically filing it in the appropriate case or cases. Please file this form immediately by following these steps:

**1) Complete form on-line; 2) Click 'Print to PDF' Button below (print to PDF printer in printer dropdown) or Save form to your computer; and 3) Log into CM/ECF and docket "Argument Response Form" attaching the completed Oral Argument Response Form. You MUST have a pdf writer to save the form to your computer. Please review the form before filing it in cm/ecf.**

If you have not entered an Appearance in the case, the Clerk's Office will treat the returned Response Form as your Entry of Appearance.

If you have questions or need assistance, please call the Calendar Unit at 314-244-2400.

Counsel should report no later than 30 minutes before court convenes for check-in and final instructions.

A list of hotels for each city is available on the web at *www.ca8.uscourts.gov*/webcal/visit/hotel.htm

| June | U.S. Courthouse | Minnesota, St. Paul |

CASE NUMBER(S): 12-2979

CASE TITLE: Laurie Simpson v Bayer Healthcare, et al.

ATTORNEY PRESENTING ARGUMENT: Adam L. Hoeflich

on behalf of the: Appellee     Please See Attached

Please type party name

ARGUING ATTORNEY ADDRESS:

Office: Bartlit Beck Herman Palenchar & Scott LLP

Address 1: 54 W. Hubbard Street

Address 2: Suite 300

City,State,Zip: Chicago, Illiniois 60654

PHONE: 312.494.4473

E-MAIL: adam.hoeflich@bbhps.com

[Print to PDF]

No. 12-2979
_____

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

IN RE: BAYCOL PRODUCTS LITIGATION
_____

UNITED STATES EX REL. LAURIE SIMPSON,

*Plaintiff Relator – Appellant*,

v.

BAYER HEALTHCARE, D/B/A BAYER HEALTHCARE PHARMACEUTICALS;
BAYER PHARMACEUTICALS CORP.; BAYER CORP.; BAYER A.G.,

*Defendants – Appellees*.
_____

Appeal from the United States District Court for the District of Minnesota, in Case No. 08-5758, Chief Judge Michael J. Davis

_____

Addendum to Oral Argument Counsel Response Form

_____

Parties represented are Bayer Healthcare, d/b/a Bayer Healthcare Pharmaceuticals, Bayer Pharmaceuticals Corp., Bayer Corp., and Bayer A.G.